First Natl. Credit, Inc. v Christie's Cleaning, Inc. (2024 NY Slip Op 05680)

First Natl. Credit, Inc. v Christie's Cleaning, Inc.

2024 NY Slip Op 05680

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND KEANE, JJ.

673 CA 23-01174

[*1]FIRST NATIONAL CREDIT, INC., PLAINTIFF-APPELLANT,
v
CHRISTIE'S CLEANING, INC., AND CHRISTIE A. JOHNSON, DEFENDANTS-RESPONDENTS. 

GIOIA & NEUROHR, PLLC, WILLIAMSVILLE (ALEX M. NEUROHR OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered June 13, 2023. The order granted the motion of defendants to dismiss the complaint and denied the cross-motion of plaintiff seeking leave to amend the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court